# ATTACHMENT 1

1. Copies of all engine maintenance records;

2. Copies of all repair records;

3. Copies of all equipment lists;

4. Copies of engine logbooks since commencement of the Voyage Charter;

5. Copies of engine room data logger printouts and alarm printouts since commencement of the Voyage Charter;

6. Chief Engineer's running hours log for the engine since commencement of the Voyage Charter;

7. List of all spare parts onboard the Vessel since commencement of the Voyage Charter; and

8. The names of crewmembers responsible for maintenance and repair of the Vessel.

738609