Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| MARK M. MURAKAMI | 7342-0 |
| mmm@hawaiilawyer.com | |
| CHRISTOPHER H. PANG | 11674-0 |

chp@hawaiilawyer.com
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

JOHN D. KIMBALL        (*Pro Hac Vice Forthcoming*)
john.kimball@blankrome.com
LAUREN B. WILGUS       (*Pro Hac Vice Forthcoming*)
lauren.wilgus@blankrome.com
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5259
Facsimile: (917) 332-3068

Attorneys for Petitioner
  INTERNATIONAL MATERIALS, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN THE MATTER | ) CIVIL ACTION NO.: |
| | ) |
| of | ) **AFFIDAVIT IN SUPPORT OF** |
| | ) **ORDER TO SHOW CAUSE** |
| INTERNATIONAL MATERIALS, LLC | ) |
| | ) |
| | ) |

# AFFIDAVIT IN SUPPORT OF ORDER TO SHOW CAUSE

STATE OF HAWAII            )
                           ) ss.:
COUNTY OF HONOLULU         )

MARK M. MURAKAMI, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before this Court and a member of the firm Damon Key Leong Kupchak Hastert, counsel for Petitioner International Materials, LLC ("Petitioner"). I submit this affidavit in support of Petitioner's request for an Order to Show Cause and the underlying Verified Petition seeking the immediate depositions of foreign national crewmembers, the inspection of the M/V AEGIR SELMER, IMO No. 9514080 (the "Vessel"), the inspection of the 45,000 metric tons of clinker in bulk (the "Cargo") aboard the Vessel, and production of documents onboard the Vessel while the Vessel awaits repairs in Honolulu Harbor.

2. As set forth in the Verified Petition, in or about December 21, 2022, the Cargo was loaded at Okke, South Korea for discharge at Acajutla, Guatemala and Puerto Quetzal, El Salvador.

3. On or about January 04, 2023, while the Vessel was en route to the discharge ports, the Vessel allegedly suffered major engine breakdowns of an unspecified type and made port in Honolulu Harbor to effectuate repairs.

4. As a result of the engine breakdowns, Petitioner has suffered disruption, delay and damages including, but not limited to, potential physical damage to the

Cargo. In addition, the projected delay in delivering the Cargo is unreasonable and has exposed Petitioner and the consignee of the Cargo to damages due to the need to transship the Cargo and/or obtain a replacement cargo.

5. Petitioner has made numerous requests for information concerning the nature and cause of the alleged engine breakdowns and has requested permission from the registered owner of the Vessel Selmer Supra III AS and/or Norwegian Marine Services AS (collectively, the "Owner") and/or the Vessel's manager Oskar Wehr KG GmbH & Co. (the "Manager") to allow its surveyor aboard. Thus far, the Owner and/or Manager has not provided any such information or given permission for Petitioner's surveyor to make an inspection.

6. Petitioner seeks to preserve and establish facts through crewmember testimony, inspection of the Vessel, inspection of the Cargo, and documents regarding the cause of the engine breakdown, the maintenance policy, the lack of spare parts aboard the Vessel, alleged damages to the Vessel and Cargo, the proposed repairs, and other matters related to the expected litigation and/or arbitration in the United States.

7. Petitioner proceeds by Order to Show Cause because once the repairs are concluded, the Vessel and its foreign crew will depart Honolulu Harbor, with no assurance as to when or whether the proposed deponents or critical Vessel records will be preserved.

738616

8. Further, the Vessel itself will be repaired and altered such that immediate preservation of evidence is now necessary to protect Petitioner's interest in determining the nature and cause of the alleged engine breakdowns.

9. On January 23, 2023, I provided written notice that these proceedings are going to be initiated to the Vessel's owner, Selmer Supra III AS and Norwegian Marine Services AS, c/o the Manager, and to counsel for the Vessel's charterer Western Bulk Pte. Ltd., c/o Chip Lezy of Cox Wootton Lerner Griffin & Hansen LLP and Edward W. Floyd of ZEILER FLOYD ZADKOVICH, requesting that they accept service of these papers and attend at a hearing before this Court whenever scheduled.

10. Under the Order requested here is issued, Petitioner will lose the opportunity to obtain and preserve important testimony from foreign witnesses, inspection of the Marshall Islands registered Vessel, inspection of the potentially damaged Cargo aboard the Vessel, and documents aboard the Vessel, which are or will be directly relevant to anticipated litigation or arbitration in the United States.

11. Petitioner has no adequate remedy at law and is, therefore, entitled to the relief requested herein.

12. No prior request has been made for this relief in the United States.

//

//

738616

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, January 23, 2023.

_____
MARK M. MURAKAMI

Subscribed and sworn to (or affirmed) before me
this 23rd day of Jan., 2023,
by MARK M. MURAKAMI.

Document Description: AFFIDAVIT IN
SUPPORT OF ORDER TO SHOW CAUSE
Doc Date: 1/23/23   No. pages: 5

_____ 1/23/23
Notary Signature          Date
Name (printed): Dorna L. Magsayo
My Commission expires: 10/30/26

[Notary Seal: DORNA L. MAGSAYO, NOTARY PUBLIC, 86-519, STATE OF HAWAII]